UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JUNO BRANCH

                    Plaintiff,          **25-CV-3197 (JLR)**

      -against-                    **ORDER**

X-PORT SERVICES, INC., et al.,

                    Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A status conference call is hereby scheduled for **Thursday, September 25, 2025 at 12:00 p.m.** Counsel for the parties are directed to call Judge Figueredo's Teams conference line at the scheduled time. Please dial (646) 453-4442, access code [165944889#].

      **SO ORDERED.**

DATED:      New York, New York
                August 11, 2025

                                                            _____
                                                             VALERIE FIGUEREDO
                                                             United States Magistrate Judge