**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JUNO BRANCH,

                Plaintiff,               **25-CV-3197 (JLR)**

     -against-                    **ORDER**

X-PORT SERVICES, INC., et al.,

                Defendants.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

On November 3, 2025, Defendants requested an adjournment of the settlement conference scheduled for November 4, 2025, due to Defendants' inability to secure settlement authority. See ECF No. 28. The Court granted the adjournment and directed Defendants to file a letter with the Court when they received settlement authority. ECF No. 29. Defendants are directed to file a status update on settlement authority by **December 12, 2025**.

       **SO ORDERED.**

DATED:     New York, New York
             December 9, 2025

                                _____
                                VALERIE FIGUEREDO
                                United States Magistrate Judge